# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATILIO I. LEVERATTO,<br><br>    Plaintiff,<br><br>    v.<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-04918-MEJ<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING ON PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. No. 4 |

Before the Court is Plaintiff Atilio I. Leveratto's Motion for Appointment of Counsel. Dkt. No. 4. To assist in its determination of Plaintiff's motion, the Court requests that Plaintiff file a supplemental brief addressing the following question: To Plaintiff's knowledge, does the estate of Inocencia Leveratto have any creditors or beneficiaries other than Plaintiff?

Plaintiff shall file his response by January 15, 2014. The response shall be no more than three pages.

---

The Court advises Plaintiff that there are additional resources available. Plaintiff may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available online at: http://cand.uscourts.gov/helpcentersf.

Plaintiff may also wish to obtain a copy of the district court's *Handbook for Litigants Without a Lawyer*. It provides instructions on how to proceed at every stage of your case,

including discovery, motions, and trial.  The handbook is available in person at the Clerk's Office and online at: http://cand.uscourts.gov/prosehandbook.

**IT IS SO ORDERED.**

Dated: December 23, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2